

FILED'09 DEC 1 14:58 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR - 09-477-RE |
| v. | |
| MICHAEL BACKLUND and LINDA BACKLUND, | MISDEMEANOR INFORMATION |
| Defendants. | 16 U.S.C. § 551 and 36 C.F.R. § 261.10(b) |

THE UNITED STATES ATTORNEY CHARGES:

From on or about May 2008 to on or about November 2009, in the District of Oregon, the defendants **MICHAEL BACKLUND** and **LINDA BACKLUND** did unlawfully maintain, occupy, and use a residence on National Forest System lands, all in violation of Title 16, United States Code, Section 551 and Title 36, Code of Federal Regulations, Section 261.10(b).

DATED this _1_ day of December 2009.

KENT S. ROBINSON
Acting United States Attorney
District of Oregon

NEIL J. EVANS
Assistant United States Attorney

DWIGHT HOLTON
Assistant United States Attorney

Page 1 -     **Misdemeanor Information**
                *United States of America v. Michael Backlund and Linda Backlund*