James L. Buchal, OSB #92161
jbuchal@mbllp.com
MURPHY & BUCHAL LLP
2000 S.W. First Avenue, Suite 420
Portland, OR 97201
Tel:    503-227-1011
Fax:    503-227-1034
*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BACKLUND AND LINDA BACKLUND,<br><br>Defendants. | Case No. CR 09-477-MO<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR A CONTINUANCE** |

**Motion**

Defendants Michael Backlund and Linda Backlund hereby move the Court for a continuance of their trial date to May 11, 2010. This motion is supported by the Declaration of James L. Buchal filed herewith.

DATED: January 29, 2010.

                *s/ James L. Buchal*
                James L. Buchal, OSB #921618
                jbuchal@mbllp.com
                MURPHY & BUCHAL LLP
                2000 S.W. First Avenue, Suite 420
                Portland, OR 97201
                Tel:    503-227-1011
                Fax:    503-227-1034
                *Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Defendants' Unopposed Motion for a Continuance on the following attorneys by causing it to be electronically filed on January 29, 2010. According to prior case notices, each are enrolled in the Court's electronic notice system.

>Dwight C. Holton
>Neil J. Evans
>Assistant United States Attorney
>United States Attorney's Office
>1000 S.W. Third Avenue, Suite 600
>Portland, OR  97204

*s/ Carole A. Caldwell*